■ In the Matter of SHANA C. JOHNSON, Respondent, v JAMES BOONE, JR., Appellant. [734 NYS2d 523] —Appeal unanimously dismissed without costs. Memorandum: Respondent appeals from an order of commitment directing that he be held in jail for four months for his willful violation of a child support order. The order of disposition finding a willful violation was made upon respondent's default, and thus respondent's contention that the violation was not willful is not properly before us (*see,* CPLR 5511; *Hines v Hines,* 125 AD2d 946). Respondent's further contention concerning the jail term imposed is moot inasmuch as the order of commitment has since expired (*cf., Matter of Bickwid v Deutsch,* 87 NY2d 862). (Appeal from Order of Erie County Family Court, Townsend, J.—Commitment.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Burns and Gorski, JJ.

■ MERVAT EID, M.D., Appellant, v PARK RIDGE HOSPITAL et al., Respondents. [734 NYS2d 522] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated at Supreme Court (Stander, J.). We add only that plaintiff's claim for tortious interference with precontractual business relations lacks merit. There is no evidence that the conduct of defendant Westside Anesthesia Associates of Rochester, LLP was "unlawful" (*Quail Ridge Assocs. v Chemical Bank,* 162 AD2d 917, 920, *lv dismissed* 76 NY2d 936). (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Burns and Gorski, JJ.